```
   UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 12144
   ROGER W WRIGHT
                                            CHAPTER 13

                                            JUDGE: A. BENJAMIN GOLDGAR

           Debtor
   SSN XXX-XX-6705


--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 04/01/05 and confirmed on 08/12/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  20652.25 .

    4.  The Trustee made disbursements to creditors as follows:


--------------------------------------------------------------------------------
CREDITOR NAME                   CLASS          CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                                 PAID            PAID
--------------------------------------------------------------------------------
GMAC PAYMENT CENTER         SECURED VEHIC     13382.22          2546.99         13382.22
ECAST SETTLEMENT CORP       UNSECURED           938.91             .00            141.77
CAPITAL ONE FINANCIAL       UNSECURED         NOT FILED            .00              .00
COMMUNITY TRUST CU          UNSECURED           998.40             .00            150.75
GRANDPOINTE                 UNSECURED           352.05             .00             53.16
RESURGENT CAPITAL SERVIC    UNSECURED          1080.79             .00            163.19
GMAC PAYMENT CENTER         UNSECURED          5244.12             .00            791.83
         Summary of disbursements:
--------------------------------------------------------------------------------
                     SECURED     PRIORITY     UNSECURED        OTHER          TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   13382.22        .00       8614.27          .00         21996.49
PRINCIPAL PAID       13382.22        .00       1300.70          .00         14682.92
INTEREST PAID         2546.99        .00            .00         .00          2546.99
TOTAL PAID           15929.21        .00       1300.70          .00         17229.91
The Debtor's attorney, KENNETH S BORCIA & ASSOC       , was allowed $   2700.00
and was paid $    286.00   direct and $    2414.00   through the plan.

The Trustee received $     872.49 .

Refunds to the Debtor totaled $     135.85 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



    Dated: 10/08/08                    /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE
```

```
                          PAGE   2
     CASE NO. 05 B 12144 ROGER W WRIGHT
```